DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLOORING DEPOT FTL, INC.** and **JOSEPH PRIZZI,**
Appellants,

v.

**ERIC WURTZEBACH** and **JENNIFER WURTZEBACH,**
Appellees.

No. 4D22-1184

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE17-001750.

C. Edward McGee, Jr. of McGee & Huskey, P.A., Fort Lauderdale, for appellants.

Alexander O. Soto of The Soto Law Group, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***